O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA FRAZIER,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>DEBORAH K. JOHNSON, Warden,<br><br>　　　　Respondent. | Case No. CV 10-1147-CAS (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Second Superseding Report and Recommendation of the United States Magistrate Judge. Objections to the Second Superseding Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Second Superseding Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the First Amended the Petition with prejudice.

Dated: January 14, 2013

　　　　　　　　　　　　　　　　　　*Christina A. Snyder*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE